AO 440 (Revised 06/12) Summons in A Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF SOUTH CAROLINA

### GREENVILLE DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC., as agent for Broadcast Music, LLC; EMI BLACKWOOD MUSIC, INC.; EMI CONSORTIUM SONGS, INC. d/b/a EMI LONGITUDE MUSIC; SONY/ATV SONGS LLC,<br><br>            Plaintiffs,<br><br>    v.<br><br>PORTSIDE INVESTMENTS, LLC d/b/a PORT GRILL and JEREMY HALLBACK, individually,<br>            Defendants. | Case No. 6:25-cv-13720-JDA |

### SUMMONS IN A CIVIL ACTION

**TO:**

| | |
|---|---|
| Portside Investments, LLC d/b/a Port Grill<br>c/o Jeremy Hallback, Registered Agent<br>207 Ware St.<br>Greenwood, South Carolina  29646 | Jeremy Hallback<br>207 Ware St.<br>Greenwood, South Carolina  29646 |

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are in the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

>                Bernie W. Ellis
>                Burr & Forman LLP
>                Post Office Box 447
>                Greenville, SC 29602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You must file your answer or motion with the court.

*Clerk of Court*

Date: _____December 4, 2025_____          _____s/Alyssa Marler_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12) Summons in a Civil Action
Case No. 6:25-cv-13720-JDA

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (1))*

DATE

Service of the Summons and Complaint was made by me[1]

NAME OF SERVER (PRINT)                               TITLE

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

TRAVEL                    SERVICES                                              TOTAL

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    *Date*                          *Signature of Server*

                                        _____
                                        *Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.